**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

─────────────

**No. 00-2225**

─────────────

JOHN GOSSETT,

Plaintiff - Appellant,

versus

DUNHILL OF CARY, INCORPORATED, d/b/a Dunhill
Professional Search of West Raleigh,

Defendant - Appellee.

─────────────

**No. 00-2307**

─────────────

JOHN GOSSETT,

Plaintiff - Appellant,

versus

DUKE UNIVERSITY MEDICAL CENTER,

Defendant - Appellee.

─────────────

Appeals from the United States District Court for the Middle Dis-
trict of North Carolina, at Durham.  William L. Osteen, District
Judge. (CA-99-1008-1, CA-99-985-1)

─────────────

Submitted:  February 28, 2001      Decided:  March 29, 2001

─────────────

Before NIEMEYER, MICHAEL, and TRAXLER, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

John Gossett, Appellant Pro Se.  Robert Allen Sar, OGLETREE, DEAKINS, NASH, SMOAK & STEWART, Raleigh, North Carolina; John Morgan Simpson, FULBRIGHT & JAWORSKI, Washington, D.C., for Appellees.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

John Gossett appeals the district court's order dismissing his employment discrimination complaints against the Defendants.  We have reviewed the records and the district court's opinion and find no reversible error.  Accordingly, we affirm on the reasoning of the district court.  Gossett v. Dunhill of Cary, Inc., No. CA-99-1008-1; Gossett v. Duke Univ. Med. Ctr., No. CA-99-985-1 (E.D.N.C. Aug. 14, 2000).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED